No. 1268. JOYCE *v.* UNITED STATES. C. A. 3d Cir. Motion to dispense with printing the petition granted. Certiorari denied. *John J. Gibbons* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 789, Misc. VALENTI *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.

No. 867, Misc. KELLISON *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 879, Misc. MITCHELL *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondents.

No. 985, Misc. BOOTH *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. Petitioner *pro se. Norman H. Anderson,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 1120, Misc. VELASQUEZ *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, for respondent.